**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

SHARON MICHAELS,

      Plaintiff

                                         1:16-cv-01339-TFH

v.

NCO FINANCIAL SYSTEMS, INC.;
TRANSWORLD SYSTEMS, INC.;
MITCHELL RUBENSTEIN & ASSOCIATES,
PC; DOMINION LAW ASSOCIATES, PLLC,

      Defendants
_____/

**<u>ORDER</u>**

THE COURT, HAVING CONSIDERED the motion to strike plaintiff's reply memorandum in support of her motion for summary judgment, filed by defendants NCO Financial Systems, Inc. ("NCO") and Transworld Systems, Inc. ("TSI") ("the Motion to Strike");

IT IS HEREBY ORDERED that the Motion to Strike shall be granted, and that plaintiff's reply memorandum in support of her motion for summary judgment shall not be filed/shall be removed from the docket by the Court. The parties shall bear their own costs and attorney's fees.

Ordered this ___ day of ____, 2017.

                                                                       /s/_____
                                                                       Hon. Thomas F. Hogan