UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SHARON MICHAELS,

        Plaintiff,

v.                                Case No: 1:16-cv-01339-TFH

NCO FINANCIAL SYSTEMS, INC.;
TRANSWORLD SYSTEMS, INC.;
MITCHELL & RUBENSTEIN & ASSOCIATES,
PC; DOMINION LAW ASSOCIATES, PLLC

        Defendants.
_____/

### **DEFENDANTS, NCO FINANCIAL SYSTEMS, INC. AND TRANSWORLD SYSTEMS, INC.'S JOINT MOTION FOR ENTRY OF FINAL JUDGMENT**

Defendants, NCO Financial Systems, Inc. and Transworld Systems, Inc., pursuant to Federal Rule of Civil Procedure 54(b), file this Joint Motion for Entry of Final Judgment, dismissing the claims asserted against them by the Plaintiff, Sharon Michaels.

        Respectfully Submitted,

        */s/ Aaron R. Easley*
        Aaron R. Easley, Esq.
        SESSIONS, FISHMAN, NATHAN & ISRAEL, LLC
        3 Cross Creek Drive
        Flemington, New Jersey 08822-4938
        Telephone: (908) 237-1660
        Facsimile: (908) 237-1663
        aeasley@sessions.legal

        Bryan C. Shartle, Esq.
        Spencer M. Schulz, Esq.
        SESSIONS, FISHMAN, NATHAN & ISRAEL, LLC
        3850 N. Causeway Blvd., Suite 200
        Metairie, LA 70002
        Tel: (504) 828-3700

Tel: (504) 828-3737
bshartle@sessions.legal
sschulz@sessions.legal

*Attorneys for Defendants, NCO Financial Systems, Inc. and Transworld Systems Inc.*

## CERTIFICATE OF SERVICE

I certify that on October 15, 2020, a copy of the foregoing was filed electronically in the ECF system. Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system.

*/s/ Aaron R. Easley*
Aaron R. Easley, Esq.