UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SHARON MICHAELS ) | |
| *Plaintiff* ) | Case No: 1:16-cv-01339-TFH |
| v. ) | |
| ) | |
| NCO FINANCIAL SYSTEMS, INC. ) | |
| *Defendant*, ) | |
| ) | |
| TRANSWORLD SYSTEMS INC. ) | |
| *Defendant* ) | |
| ) | |
| MITCHELL RUBENSTEIN & ASSOCIATES, PC ) | |
| *Defendant* ) | |
| ) | |
| DOMINION LAW ASSOCIATES PLLC ) | |
| *Defendant* ) | |
| ) | |

**PLAINTIFF'S RESPONSE TO NCO FINANCIAL SYSTEMS, INC.
AND TRANSWORLD SYSTEMS, INC.'S JOINT
MOTION FOR ENTRY OF FINALJUDGMENT**

NOW INTO COURT, through undersigned counsel, comes Sharon Michaels, Plaintiff in the above entitled and captioned matter, individually, who respectfully submits the following Response to Defendants' Joint Motion for Entry of Judgment. Though Plaintiff has no position on the Court's granting of Defendants' request for entry of final judgment based on the Court's May 29, 2020 Order, Plaintiff dispute each and every factual assertion and argument made by Defendants in such motion. Plaintiff also point out that Defendants failed to follow the rules of conferring with the undersigned pursuant to LCvR 7(m) prior to filing such motion.

> Before filing any nondispositive motion in a civil action, counsel shall discuss the anticipated motion with opposing counsel in a good-faith effort to determine whether there is any opposition to the relief sought and, if there is, to narrow the areas of disagreement.

Defendant included no statement complying with its duty to confer in its motion.

DATE: November 2, 2020                    Respectfully Submitted,

                                          CONSUMER JUSTICE ESQ


                                          /s/RDennis
                                          Counsel for Plaintiff, SHARON MICHAELS
                                          CONSUMER JUSTICE ESQ
                                          Radi Dennis, DC Bar#473921
                                          P.O. Box #27081
                                          Washington, DC 20038
                                          rdennis@consumerjusticeesq.com
                                          Telephone: (202) 579-1243
                                          Facsimile: (202) 644-5270



**CERTIFICATE OF SERVICE**


I, Radi Dennis, hereby certify that on this 2nd day of November, 2020, a true and accurate copy of the foregoing will be served electronically using the CM/ECF system upon the following:

Bryan Shartle
Spencer Schultz
SESSIONS, FISHMAN, NATHAN & ISRAEL, LLC
3850 N. Causeway Blvd., Suite 200
Metairie, LA 70002-7227
*Attorney for NCO Financial Systems & Transworld Systems Inc.*


Aaron R. Easley
SESSIONS, FISHMAN, NATHAN & ISRAEL, LLC
3 Cross Creek Dr.
Flemington, NJ 08822-4938
*Attorney for NCO Financial Systems & Transworld Systems Inc.*

Lauren Burnette
MESSER STRICKLER, LTD
12276 San Jose Blvd, Suite 720
Jacksonville, FL 32223
*Attorney for Mitchell Rubenstein & Associates, P.C.*

David B. Ashe
DOMINION LAW ASSOCIATES, PLLC
222 Central Park Ave, Suite 210
Virginia Beach, VA 23462
*Attorney for Dominion Law Associates, LLC*

                              Respectfully Submitted,

                              CONSUMER JUSTICE ESQ

                              /s/RDennis_____
                              Counsel for Plaintiff, SHARON MICHAELS
                              CONSUMER JUSTICE ESQ
                              Radi Dennis, DC Bar#473921
                              P.O. Box #27081
                              Washington, DC 20038
                              Telephone: (202) 579-1243
                              Facsimile: (202) 644-5270

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SHARON MICHAELS<br>*Plaintiff*<br>v.<br><br>NCO FINANCIAL SYSTEMS, INC.<br>*Defendant*,<br><br>TRANSWORLD SYSTEMS INC.<br> *Defendant*<br><br>MITCHELL RUBENSTEIN & ASSOCIATES, PC<br>*Defendant*<br><br>DOMINION LAW ASSOCIATES PLLC<br>*Defendant* | Case No:  1:16-cv-01339-TFH |

**PROPOSED ORDER**

Upon consideration of Defendants' Motion and Plaintiff's Response thereto, it is this

\_\_\_\_day of_____, 2020, hereby

ORDERED that Defendants' motion is hereby _____.


_____                _____
Date                                                                                    Hon. Thomas F. Hogan
                                                                                                United States District Court for the
                                                                                                District of Columbia