AO 450 (Rev. 01/09; DC-03/10) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| SHARON MICHAELS <br> *Plaintiff* <br> v. <br> NCO FINANCIAL SYSTEMS INC, et al <br> *Defendant* | ) <br> ) <br> ) Civil Action No. 16-1339 (TFH) <br> ) <br> ) |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus postjudgment interest at the rate of _____ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☐ other: _____ .

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge Thomas F. Hogan on a motion for final judgment in favor of NCO Financial Systems, Inc., Transworld System, Inc. and Mitchell Rubenstein & Associates, P.C.

Date: 02/08/2022

ANGELA D. CAESAR, CLERK OF COURT

2022.02.08 13:32:52 -05'00'

*Signature of Clerk or Deputy Clerk*